IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Mark Stephen Wingo, ) | C.A. No. 9:08-1906-TLW-BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Spartanburg County Detention Center; ) | |
| Larry Powers; ) | |
| Carolina Dumphy; ) | |
| Judge Brown, Family Court Spartanburg County; ) | |
| Rose Kelly, Child Enforcement Spartanburg County; ) | |
| Melissa Evans, Child Enforcement Spartanburg County; ) | |
| Angela NLN, Family Court Spartanburg County; ) | |
| Sgt. Mark Freeman, Spartanburg County Det. Center; ) | |
| James Cheeks, Public Defender, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Bristow Marchant, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Marchant recommends that the above captioned case be dismissed without prejudice and without issuance and service of process. (Doc. # 25).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

2

have been filed to the Report.[1] In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 25), and the above captioned case is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 11, 2008
Florence, South Carolina

---

[1] The Report was sent to the plaintiff at the only address provided by the plaintiff on file with the clerk's office. The Report was returned.